IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JAMES CHATMAN,                    No. 2:11-cv-00681-MCE-CMK-P

    Plaintiff,

  vs.                                              ORDER

DAVID M. MEDINA, et al.,

    Defendants.

                            /

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On March 25, 2011, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

        The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 25, 2011, are ADOPTED in full;

2. Plaintiff's application for leave to proceed in forma pauperis (ECF No. 3) is DENIED; and

3. Plaintiff shall pay the full $350.00 filing fee within 30 days of the date of this order.

Dated: April 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE