IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JAMES CHATMAN, | No. 2:11-CV-0681-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DAVID M. MEDINA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 32) to file a response to the motion to dismiss filed by defendant(s). Good cause appearing therefor, the request is granted. Plaintiff may file a response within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: August 23, 2013

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

1