1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CHARLES JAMES CHATMAN,            No. 2:11-CV-0681-MCE-CMK-P

12                Plaintiff,

13         vs.                                        ORDER

14   DAVID M. MEDINA, et al.,

15                Defendants.

16   _____/

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc.

19   32) to file a response to the motion to dismiss filed by defendant(s).  Good cause appearing

20   therefor, the request is granted.  Plaintiff may file a response within 30 days of the date of this

21   order.

22          IT IS SO ORDERED.

23    DATED:  August 23, 2013

24                                          _____
                                            **CRAIG M. KELLISON**
25                                          UNITED STATES MAGISTRATE JUDGE

26

1