IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JAMES CHATMAN, | No. 2:11-CV-0681-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DAVID M. MEDINA, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

      On March 7, 2013, the court ordered the United States Marshal to serve the complaint on all defendants. Process directed to defendant W. Davis was returned unexecuted because there is no record of such an individual as a current or former employee of the California Department of Corrections and Rehabilitation. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Once additional information sufficient to effect service is obtained,

1  plaintiff shall notify the court whereupon plaintiff will be forwarded the forms necessary for
2  service by the U.S. Marshal.  Plaintiff is cautioned that failure to effect service may result in the
3  dismissal of unserved defendants.  See Fed. R. Civ. P. 4(m).
4         A review of the docket also reflects that S. Jones and G. Case are listed as
5  defendants.  Because these individuals are not listed in the first amended complaint upon which
6  this action currently proceeds, the Clerk of the Court will be directed to terminate these
7  individuals as defendants.
8         Accordingly, IT IS HEREBY ORDERED that:
9         1.    Plaintiff shall promptly seek additional information sufficient to effect
10 service on any unserved defendants and notify the court once such information is ascertained;
11 and
12        2.    The Clerk o the Court is directed to terminate S. Jones and G. Case as
13 defendants to this action.

DATED: March 12, 2014

                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE