IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JAMES CHATMAN, | No. 2:11-CV-0681-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DAVID M. MEDINA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to compel (Doc. 48). Because the motion relates to discovery requests served prior to this case becoming at issue with the filing of defendants' answer on June 24, 2014, plaintiff's motion is denied as premature.

IT IS SO ORDERED.

DATED: June 26, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1