1

2

3

4

5          **IN THE UNITED STATES DISTRICT COURT**

6          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    CHARLES JAMES CHATMAN,              No. 2:11-CV-0681-MCE-CMK-P

9              Plaintiff,

10         vs.                              ORDER

11   DAVID M. MEDINA, et al.,

12             Defendants.

13   _____/

14         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

15   42 U.S.C. § 1983.   Plaintiff has filed a stipulated notice of voluntary dismissal (Doc. 56).  Good

16   cause appearing therefor, this action is dismissed with prejudice and all pending motions (Docs

17   27 and 38) are denied as moot.  See Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court is directed

18   to close this file.

19         IT IS SO ORDERED.

20

21   DATED:  August 14, 2014

22                                    _____

23                                    **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE

24

25

26

1